# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF VERMONT; DANA NESSEL, Attorney General for the People Of Michigan; DISTRICT OF COLUMBIA; SOMERVILLE PUBLIC SCHOOLS; EASTHAMPTON PUBLIC SCHOOLS; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 93; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>LINDA MARIE MCMAHON, in her official capacity as Secretary of the US Department of Education; DONALD J. TRUMP, President of the United States; US DEPARTMENT OF EDUCATION,<br><br>Defendants-Appellants. | Nos. 25-1495, 25-1500 |

# DEFENDANTS' UNOPPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF

Defendants Linda McMahon, in her official capacity as Secretary of Education, Donald J. Trump, in his official capacity as President of the United States, and the U.S. Department of Education respectfully move for a 30-day extension of time—through and including September 3, 2025—within which to file their opening brief and appendix. Defendants have not requested any prior extensions, no oral argument date has been set, and plaintiffs do not oppose the requested extension. In support of this motion, defendants further state as follows:

**1.** This case is a challenge to a personnel action at the U.S. Department of Education. The district court entered a preliminary injunction prohibiting the government from proceeding with that personnel action, *see* D. Ct. Dkt. No. 128, and this Court declined to stay the injunction pending appeal, *see* Order (June 4, 2025). On July 14, 2025, the Supreme Court stayed the injunction pending appeal and through disposition of any certiorari petition and related Supreme Court proceedings. *See McMahon v. New York*, No. 24A1203, 2025 WL 1922626 (U.S. July 14, 2025). Litigation of the merits is proceeding in district court, and the parties are currently negotiating a schedule that will facilitate expeditious resolution of the merits.

**2.** On June 24, 2025, this Court issued a briefing notice pursuant to which defendants' opening brief and appendix are due August 4, 2025. Appellant's Briefing Notice (June 24, 2025).

**3.** In the course of negotiating a schedule to govern litigation of the merits in district court, counsel for plaintiffs proposed that the parties agree to extend their briefing deadlines in this Court by thirty days because counsel have summer travel plans with which their existing briefing obligation would conflict. Defendants agreed to this proposal, particularly as it will allow the parties to focus their immediate efforts on expeditious resolution of the merits in district court. The proposed extension, upon which the parties agree, would not prejudice defendants (who are currently protected by the Supreme Court stay) or plaintiffs (given the significant possibility that the district court will enter final judgment before the existing Supreme Court stay expires). Nor is it likely to materially delay resolution of this litigation.

## CONCLUSION

For the foregoing reasons, defendants respectfully request that the Court extend their deadline to file their opening brief and appendix by 30 days, through and including September 3, 2025.

Respectfully submitted,

MELISSA N. PATTERSON
*/s/ Steven A. Myers*
STEVEN A. MYERS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7232*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-8648*

Dated: July 28, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 403 words, excluding those portions exempted by Rule 32(f). It also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

                                        */s/ Steven A. Myers*
                                        Steven A. Myers

## CERTIFICATE OF SERVICE

I certify that on July 28, 2025, I filed and served the foregoing Motion with the Clerk of the Court by causing a copy to be electronically filed via appellate CM/ECF. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                        */s/ Steven A. Myers*
                                        Steven A. Myers