# United States Court of Appeals
## For the First Circuit

Nos.  25-1495
      25-1500

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF VERMONT; DANA NESSEL, Attorney General for the People of Michigan; DISTRICT OF COLUMBIA; SOMERVILLE PUBLIC SCHOOLS; EASTHAMPTON PUBLIC SCHOOLS; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 93; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; SERVICE EMPLOYEES INTERNATIONAL UNION,

Plaintiffs - Appellees,

v.

LINDA MARIE MCMAHON, in the official capacity as Secretary of the US Department of Education; DONALD J. TRUMP, in the official capacity as President of the United States; US DEPARTMENT OF EDUCATION,

Defendants - Appellants.

Before

Barron, <u>Chief Judge</u>,
Kayatta and Rikelman, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: September 15, 2025

These are consolidated appeals from an order granting a preliminary injunction on May 22, 2025, in the District Court for the District of Massachusetts. We have jurisdiction under 28 U.S.C.

§ 1292(a). On request of Plaintiff-Appellees, the district court has issued an indicative ruling stating that on remand from this court the district court would vacate the underlying preliminary injunction. See Fed. R. Civ. P. 62.1; Fed. R. App. P. 12.1. Plaintiff-Appellees now have filed in this court a letter motion requesting a remand to the district court based on that indicative ruling. Defendant-Appellants do not object to this request.

The letter motion is resolved as follows. The appeal is hereby **DISMISSED**. If any party wishes to bring an appeal of any future order or judgment in the district court proceedings, then they should file a new notice of appeal at the district court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rabia Muqaddam
Ester Murdukhayeva
Molly Thomas-Jensen
Matthew William Grieco
Katherine B. Dirks
Anna Esther Lumelsky
Elizabeth C. Carnes Flynn
Nathaniel J. Hyman
David Dana Day
Kaliko' onãlani D. Fernades
Caitlyn Babington Carpenter
Ewan Christopher Rayner
Michael Louis Newman
James Edward Stanley
Panchalam Seshan Srividya
Clinten N. Garrett
Hayleigh S. Crawford
David Moskowitz
Michael Kenneth Skold
Vanessa L. Kassab
Ian R. Liston
Sarah A. Hunger
Karyn L. Bass Ehler
Katharine Pinckney Roberts
Sean D. Magenis
Keith Jamieson
Elizabeth C. Kramer
Joseph Robert Richie
Heidi Parry Stern

Leigh Salmon
Kathryn Gradowski
Spencer Wade Coates
Cristina Sepe
Jonathan T. Rose
Donald Campbell Lockhart
Rayford A. Farquhar
Eric Dean McArthur
Mark R. Freeman
Abraham R. George
Melissa N. Patterson
Steven A. Myers
Neil Giovanatti
Kathleen Ann Halloran
Steve W. Berman
Raffi Melanson
Abigail Pershing
Paul R.Q. Wolfson
Victoria S. Nugent
Rachel F. Homer
Elena Goldstein
Adnan Perwez
Kali J. Schellenberg
Will Bardwell
Patrick N. Strawbridge